304 So.2d 239

In re Frank CLEVELAND

v.

STATE of Alabama.

Ex parte STATE of Alabama ex rel.
ATTORNEY GENERAL.

SC 1052.

Supreme Court of Alabama.

Nov. 27, 1974.

William J. Baxley, Atty. Gen., and Otis J. Goodwyn, Asst. Atty. Gen., for petitioner, the State.

No brief for respondent.

JONES, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Cleveland v. State, 53 Ala.App. 734, 304 So.2d 237.

Writ denied.

HEFLIN, C. J., and COLEMAN, BLOODWORTH and McCALL, JJ., concur.

■

302 So.2d 555

In re Ex parte Gordon McDaniel COLLINS.

Ex parte L. J. TYNER ex rel.
ATTY. GENERAL.

SC 1009.

Supreme Court of Alabama.

Oct. 31, 1974.

William J. Baxley, Atty. Gen., and Otis J. Goodwyn, Asst. Atty. Gen., for petitioner.

BLOODWORTH, Justice.

Petition of L. J. Tyner by the Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Ex parte Collins, 53 Ala.App. 577, 302 So.2d 551.

Writ denied.

HEFLIN, C. J., and COLEMAN, McCALL and JONES, JJ., concur.